AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

**APPEARANCE**

Case Number: 07-10346

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/6/2007 | _[signature]_ |
| Date | Signature |
| Suzette Corinne Rivera | SR4272 |
| Print Name | Bar Number |
| 100 Church Street | |
| Address | |
| New York    NY    10007 | |
| City    State    Zip Code | |
| (212) 788-9567    (212) 788-9776 | |
| Phone Number    Fax Number | |