UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, STATE OF NEW YORK

---

GEORGE JOSEPH SALLAI,
        Plaintiff,

    vs.

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
JANE AND JOHN DOE POLICE OFFICERS,
DUANE READE INC.,
        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER

07 CV 10346

---

TO THE DEFENDANTS NAMED ABOVE:

    This document is a summons.

    Each one of you named above is summoned and required to serve an answer to the complaint that was served along with this summons. Each of you must serve your answer to this complaint within 20 days of the service of this summons on you. The 20-day period for your answer does not include the day on which you were served with this summons.

    Your answer to the complaint must be served on Manuel Moses, Esq., whose address is 236 West 26th Street Suite 303, New York, New York 10001. Manuel Moses, Esq. is the attorney for George Joseph Sallai in this matter.

    If you fail to serve a timely answer to the complaint, judgment by default will be taken against you for the relief demanded in the complaint, regardless of what happens with or to any of the other defendants listed above.

**J. MICHAEL McMAHON**
                                       NOV 1 5 2007

Clerk                                        Date

*Marcos Quintero*

By Deputy Clerk


574070

```
INDEX NO: CV10346/07
FILE DATE: 11/15/2007
    ATTY: MANUEL MOSES, ESQ.
          236 WEST 26TH STREET
          SUITE 303
          NEW YORK, NY 10001
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN**

EPS No: 556105
Attorney File No:
Batch No: 0

**STATE OF NEW YORK: COUNTY OF SOUTHERN**

GEORGE JOSEPH SALLAI                                                              **Plaintiff(s)**

- against -

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE                                    **Defendant(s)**
DEPARTMENT, JANE AND JOHN DOE POLICE OFFICERS, DUANE
READE INC.,

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
PATRICK PARET BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 11/26/2007 at 1:28PM at 100 CHURCH STREET, NEW YORK, NY 10007, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on THE CITY OF NEW YORK. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with THE CITY OF NEW YORK and that the deponent knew the person so served to be the GENERAL AGENT, SORAYA BONIT, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: **48** | Approximate weight: **145** | Approximate height: **5'5"** |
| Color of skin: **BLACK** | Color of hair: **BLACK** | Sex: **F** |

Sworn to before me on __11/27/2007__

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, STATE OF NEW YORK

GEORGE JOSEPH SALLAI,
          Plaintiff,

**SUMMONS IN A CIVIL ACTION**

vs.

CASE NUMBER 07 CV 10346

JUDGE RAKOFF

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
JANE AND JOHN DOE POLICE OFFICERS,
DUANE READE INC.,
          Defendants.

TO THE DEFENDANTS NAMED ABOVE:

This document is a summons.

Each one of you named above is summoned and required to serve an answer to the complaint that was served along with this summons. Each of you must serve your answer to this complaint within 20 days of the service of this summons on you. The 20-day period for your answer does not include the day on which you were served with this summons.
Your answer to the complaint must be served on Manuel Moses, Esq., whose address is 236 West 26th Street Suite 303, New York, New York 10001. Manuel Moses, Esq. is the attorney for George Joseph Sallai in this matter.
If you fail to serve a timely answer to the complaint, judgment by default will be taken against you for the relief demanded in the complaint, regardless of what happens with or to any of the other defendants listed above.

J. MICHAEL McMAHON
Clerk

NOV 15 2007
Date

_Marcos Quintero_
By Deputy Clerk

2007 NOV 26 PM 1 28

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index #  07CV10346  
State of New York,  U.S. District Court-Southern District of N.Y.

Purchased/Filed: November 15, 2007  
County of

ID # 574073

GEORGE JOSEPH SALLAI,                                                                                     Plaintiff

against

THE CITY OF NEW YORK, ET AL.,                                                                        Defendant

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

Sarah Roberts, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on November 27, 2007, at 1:46PM, at the office of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207, deponent served the annexed:

Summons and Complaint in a Civil Action

, on

DUANE READE INC.

Defendant in this action, by delivering to and leaving with Donna Christie AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; that said service was made pursuant to Section 306 Business Corporation Law , ; and via Registered Mail sent on , receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.  
Description of the person served:  Approx. Age: 43   Approx. Weight: 155   Approx. Ht.: 5'7  
Sex: Female   Color of skin: White   Color of hair: Blonde   Other:  
Sworn to before me on this  27th  day of  November 2007

LINDA J. FULLER  
NOTARY PUBLIC, State of New York  
No. 01FU6137505, Warren County  
My Comm. Exp. November 28, 2009

Sarah Roberts

Cust. #/ WO #  556105

**ELITE PROCESS SERVERS - 88-08 LITTLE NECK PARKWAY, FLORAL PARK, NEW YORK 11001**


574071

| | |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN | INDEX NO: CV10346/07<br>FILE DATE: 11/15/2007<br>ATTY: MANUEL MOSES, ESQ.<br>236 WEST 26TH STREET<br>SUITE 303<br>NEW YORK, NY 10001 |

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: **556105**
Attorney File No:
Batch No: 0

### GEORGE JOSEPH SALLAI                                                                                      Plaintiff(s)

- against -

### THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, JANE AND JOHN DOE POLICE OFFICERS, DUANE READE INC.,                              Defendant(s)

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:
PATRICK PARET BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 12/4/2007 at 12:24PM at ONE POLICE PLAZA, NEW YORK, NY 10038, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on THE NEW YORK CITY POLICE DEPARTMENT. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION
By delivering to and leaving with THE NEW YORK CITY POLICE DEPARTMENT and that the deponent knew the person so served to be the GENERAL AGENT, LISA MOORE, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

### A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| Approximate age: **30** | Approximate weight: **150** | Approximate height: **5'6"** |
|---|---|---|
| Color of skin: **BLACK** | Color of hair: **BLACK** | Sex: **F** |

Sworn to before me on  **12/5/2007**

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, STATE OF NEW YORK

GEORGE JOSEPH SALLAI,
        Plaintiff,

**SUMMONS IN A CIVIL ACTION**

vs.

CASE NUMBER
07 CV 10346
JUDGE RAKOFF

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
JANE AND JOHN DOE POLICE OFFICERS,
DUANE READE INC.,
        Defendants.

TO THE DEFENDANTS NAMED ABOVE:

This document is a summons.

Each one of you named above is summoned and required to serve an answer to the complaint that was served along with this summons. Each of you must serve your answer to this complaint within 20 days of the service of this summons on you. The 20-day period for your answer does not include the day on which you were served with this summons.

Your answer to the complaint must be served on Manuel Moses, Esq., whose address is 236 West 26th Street Suite 303, New York, New York 10001. Manuel Moses, Esq. is the attorney for George Joseph Sallai in this matter.

If you fail to serve a timely answer to the complaint, judgment by default will be taken against you for the relief demanded in the complaint, regardless of what happens with or to any of the other defendants listed above.

J. MICHAEL McMAHON      NOV 1 5 2007
Clerk                                    Date

*Marcos Quintero*
By Deputy Clerk