```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, STATE OF NEW YORK
-------------------------------------X
GEORGE JOSEPH SALLAI,                    NOTICE TO TAKE DEPOSITION
                                         UPON ORAL EXAMINATION
                      Plaintiff,
                                         CIVIL ACTION NO.
    -against-                            07 CV 10346

THE CITY OF NEW YORK,                    JUDGE RAKOFF
THE NEW YORK CITY POLICE DEPARTMENT,
JANE AND JOHN DOE POLICE OFFICERS,
DUANE READE INC.,

                      Defendants.
-------------------------------------X
```

**COUNSEL:**

    **PLEASE TAKE NOTICE**, that pursuant to Article 31 of the Civil Practice Law and Rules, the testimony, upon oral examination, of plaintiff whose address is care of his attorneys as an adverse party will be taken before a Notary Public, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein at the United States District Court for the Southern District of New York on the 15th of April, 2008 at 10:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the defense of this action:

    That said person to be examined is required to produce at such examination the following: all notes, records, reports, maps, diagrams, books, statements, memoranda, etc., necessary to refresh the recollection of the party being examined.

Dated:    Baldwin, New York
           January 9, 2008

                                      Yours, etc.,

                                      _____
                                      RUDOLPH P. PETRUZZI (2434)
                                      CHESNEY & MURPHY, LLP
                                      Attorneys for Defendant
                                      DUANE READE, INC.
                                      Office & P.O. Address
                                      2305 Grand Avenue
                                      Baldwin, New York  11510
                                      (516) 378-1700

```
TO:   MANUEL MOSES, ESQ.
      Attorney for Plaintiff
      Office & P.O. Address
      236 West 26th Street
      Suite 303
      New York City, New York 10001
      (212) 736-2624 - Ext. 11

      MICHAEL A. CARDOZO, ESQ.
      Corporation Counsel
      Attorneys for Defendants
      CITY OF NEW YORK, THE NEW YORK
      CITY POLICE DEPARMTENT, JANE
      AND JOHN DOE POLICE OFFICERS
      Office & P.O. Address
      100 Church Street
      New York, New York, 10007
      (212) 788-9567
```

/sk