
596415

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK | INDEX NO: 07-CV-10346<br>FILE DATE:<br>ATTY: MANUEL MOSES, ESQ.<br>236 WEST 26TH STREET<br>SUITE 303<br>NEW YORK, NY 10001 |

EPS No: 575462
Attorney File No:
Batch No: 0

STATE OF NEW YORK: COUNTY OF NEW YORK

**GEORGE JOSEPH SALLAI**                                                                                     **Plaintiff(s)**

- against -

**THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, ET AL**                                  **Defendant(s)**

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
SULEIMAN S E IBRAHIM BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/20/2008 at 9:21AM at C/O MASTERS & CO CPA'S, 25 LEROY PLACE, NEW ROCHELLE, NY 10805, SUITE 411 deponent served the within AMENDED SUMMONS & AMENDED VER COMP CIVIL ACT on SOTTILE SECURITY INTERNATIONAL, INC.. At time of service the index number and date of filing were on the AMENDED SUMMONS & AMENDED

**CORPORATION**
By delivering to and leaving with SOTTILE SECURITY INTERNATIONAL, INC. and that the deponent knew the person so served to be the GENERAL AGENT, MR. GRIECO, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age: 45           Approximate weight: 190         Approximate height: 5'9"
Color of skin: WHTIE          Color of hair: BLK/GRAY          Sex: M

Sworn to before me on  2/21/2008

| LUIS A CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**