574-7217/1015845

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GEORGE JOSEPH SALLAI,

                            Plaintiffs,          NOTICE OF APPEARANCE

        -against-               07-civ- 10346 (JSK)

THE CITY OF NEW YORK, et al.      Filed by ECF on May 2, 2008

                            Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that Thomas A. Catalano of Lester Schwab Katz & Dwyer, LLP, has appeared for defendant SOTTILE SECURITY INTERNATIONAL, INC.

Dated:    New York, New York
            May 2, 2008

                            LESTER SCHWAB KATZ & DWYER, LLP


                            s/_____
                            Thomas A. Catalano (tc-1625)
                            Attorneys for Defendant
                            SOTTILE SECURITY INTERNATIONAL, INC.
                            120 Broadway
                            New York, New York 10271
                            (212) 964-6611