415-8015/1017652

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GEORGE JOSEPH SALLAI,

                          Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.

                          Defendants.
-----------------------------------------------------------------x

RULE 7.1 STATEMENT

07-civ- 10346 (JSK)

Filed by ECF on
May 7, 2008

       Pursuant to Fed. R. Civ. P. 7.1, defendant SOTTILE SECURITY INTERNATIONAL, INC. identifies the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of Metro One:

    NONE.

Dated:     New York, New York
              May 7, 2008

                          LESTER SCHWAB KATZ & DWYER, LLP

                          s/_____
                          Thomas A. Catalano (tc-1625)
                          Attorneys for Defendant
                          SOTTILE SECURITY INTERNATIONAL, INC.
                          120 Broadway
                          New York, New York 10271
                          (212) 964-6611