UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, STATE OF NEW YORK
_____X

GEORGE JOSEPH SALLAI,

Plaintiff,

Civil Action No. 07-CV 10346

Vs.

**ORDER GRANTING LEAVE TO FILE**
**AMENDED COMPLAINT**

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
POLICE OFFICER STEVEN MULVEY: Shield Number 10041,
LT. POLICE OFFICER ROBERT SULLIVAN et. al.
DUANE READE INC.,
SOTTILE SECURITY INTERNATIONAL INC.,

Defendants.

_____X

This action having been commenced on 11/15/08 by the filing of the Summons and Complaint, and a copy of the Amended Summons and Complaint of dated 2/17/08 having been personally served on the additional defendants and upon telephone conference with all parties on May 5, 2008 by their respective attorneys who have no opposition to the late filing of the Amended Summons and Complaint;

ORDERED, ADJUDGED AND DECREED that the plaintiff be granted leave to file the Amended Summons and Complaint with the Clerk of the Court within five days of the granting of this Order.

Dated: New York, New York
May___7__, 2008

_____
Hon Jed S. Rakoff U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5-8-08

This document was entered on the docket
on _____.