05/15/2008 12:25 5163780409          CHESNEY MURPHY LLP          PAGE 02/02
05/15/2008 10:40 2122675916          LESTER SCHWAB KATZ          PAGE 02/02
05/15/2008 05:55 FAX 2128058124      JUDGE MAAS                  @002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

GEORGE JOSEPH SALLAL,

        Plaintiff,                    :     **ORDER OF DISCONTINUANCE**

   -against-                             :     07 Civ. 10346 (JSR)(FM)

CITY OF NEW YORK, et al.,               :     **ORIGINAL**

        Defendants.
------------------------------------------------x

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:   New York, New York
        May 15, 2008

                                              FRANK MAAS    5/16/08
                                              United States Magistrate Judge

Attorney for Plaintiff George Joseph Sallal          Attorney for Defendant City of N.Y.
Manuel B. Moses, Esq.                                Suzette C. Rivera, Esq.

                                              Attorney for Defendant Diana Reade
                                              Rudolph Rainari, Esq.   RD 2434

                                              Attorney for Defendant Rite Security
                                              Thomas A. Catalano, Esq.  (TC-1625)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```