UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

GEORGE JOSEPH SALLAI,                  :

        Plaintiff,             :       **ORDER OF DISCONTINUANCE**

    -against-                          :       07 Civ. 10346 (JSR)(FM)

CITY OF NEW YORK, et al.,              :

        Defendants.            :       **ORIGINAL**

---------------------------------------x

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:   New York, New York
        May 15, 2008

                                              FRANK MAAS  5/16/08
                                              United States Magistrate Judge

Attorney for Plaintiff George Joseph Sallai
Manuel B. Moses, Esq.

Attorney for Defendant City of N.Y.
Suzette C. Rivera, Esq.

Attorney for Defendant Duane Reade
Rudolph Baiuzzi, Esq.   RB 2434

Attorney for Defendant Scuttle Security
Thomas A. Catalano, Esq.  TC-1625

SO ORDERED
_____
USDJ
5-27-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08